IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES L. WELLS, III,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

KEVIN HICKEY,

v.

STATE OF FLORIDA,

      Respondent.

_____/

ANTHONY GERARDO,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4030

CASE NO. 1D14-4032

CASE NO. 1D 14-4041

Opinion filed February 5, 2015.

Petition for Writ of Certiorari – original jurisdiction.

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioners.

Pamela Jo Bondi, Attorney General, David Campbell and Virginia Harris, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.